IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Denise Prince, | ) | C/A No.: 4:11-833-TLW-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER GRANTING |
| Casual Furniture World of Myrtle Beach and David Yeck, | ) | MOTION TO COMPEL |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Defendant Casual Furniture World of Myrtle Beach ("Casual Furniture") moved to compel responses to their First Set of Interrogatories and First Set of Requests for Production dated May 17, 2011. [Entry #23]. The certificates of service attached to the discovery indicates the discovery requests were duly served [Entry #23-1, #23-2].

In addition to not responding to the discovery request or requesting an extension in which to respond, Plaintiff has failed to file a memorandum in opposition to the motion to compel (or otherwise explain the failure to respond to discovery) within fourteen days of the motion as required by the local rules of this court. Local Civil Rule 7.06 (D.S.C.).

In light of the foregoing, the court grants the motion to compel [Entry #23]. Responses to the discovery requests are due by August 29, 2011.

IT IS SO ORDERED.

*Shiva V. Hodges*

August 15, 2011                     Shiva V. Hodges
Florence, South Carolina            United States Magistrate Judge