IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| DENISE PRINCE, | ) | Civil Action No. 4:11-cv-0833-RBH-TER |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| CASUAL FURNITURE WORLD OF MYRTLE BEACH, INC. and DAVID YECK, | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

    Presently before the Court is the Motion to Withdraw as Counsel (Document # 32) filed by counsel for Plaintiff. A hearing was held on March 28, 2012. Plaintiff was notified of the hearing by counsel, see Certificate of Service (Document # 36), but did not appear at the hearing. The Motion to Withdraw as Counsel (Document # 32) is **GRANTED**. **Plaintiff has until April 17, 2012, to retain new counsel and for that counsel to file a Notice of Appearance on behalf of Plaintiff.** If no Notice of Appearance is filed on Plaintiff's behalf by April 17, 2012, the Court will consider her to be proceeding pro se and Plaintiff will be responsible for prosecuting the claims alleged in her Complaint. If she chooses to represent herself, she will be solely responsible for the prosecution of her claims, which includes abiding by the rules of this court, including the Federal Rules of Civil Procedure, the Federal Rules of Evidence, and the Local Civil Rules for the District of South Carolina, as well as all scheduling order deadlines.

    Counsel for Plaintiff is directed to serve a copy of this Order on Plaintiff and to provide Plaintiff's address to the Court. Plaintiff is advised that, if she chooses to proceed pro se, she must always keep the Clerk of Court advised **in writing (Post Office Box 2317, Florence, South**

1

**Carolina 29503)** if her address changes for any reason, so as to assure that she will receive orders or other matters that specify deadlines to be met.

    **AND IT IS SO ORDERED.**

                                                  s/Thomas E. Rogers, III
                                                  Thomas E. Rogers, III
                                                  United States Magistrate Judge

March 28, 2012
Florence, South Carolina